No. 99–8206. IN RE HOLLOMAN. Petition for writ of mandamus denied.

No. 99–1132. ILLINOIS *v.* MCARTHUR. App. Ct. Ill., 4th Dist. Certiorari granted.

No. 99–1295. GITLITZ ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari granted.

No. 98–10002. GRAHAM, AKA SANKOFA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–268. MIDDLETON *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–1246. DOLE FOOD CO., INC., ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–1258. MCDONNELL DOUGLAS CORP. ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–1281. O. S. C. & ASSOCIATES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 99–1332. BROKAMP ET UX. *v.* MERCY HOSPITAL ANDERSON ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99–1371. GAL-OLIVER ET UX. *v.* COUTTS BANK (SWITZERLAND) LTD., FKA COUTTS & CO. AG. C. A. 2d Cir. Certiorari denied.